```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-03116-JJT
Carlton M Roberts                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1     Date Rcvd: Apr 11, 2018
                  Form ID: orcnfpln     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.
db            +Carlton M Roberts,    3120 Fern Road,    Pocono Summit, PA 18346-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:
        Alexandra Teresa Garcia    on behalf of Creditor    Stearns Lending, LLC ecfmail@mwc-law.com
        Celine P DerKrikorian    on behalf of Creditor    Stearns Lending, LLC ecfmail@mwc-law.com
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Christos A Katsaounis    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Timothy B. Fisher, II    on behalf of Debtor 1 Carlton M Roberts donna.kau@pocono-lawyers.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                     TOTAL: 7

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Carlton M Roberts | Chapter | 13 |
| Debtor(s) | Case No. | 5:17–bk–03116–JJT |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 1, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: April 11, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk