**LOCAL BANKRUPTCY FORM 9013-3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Carlton M. Roberts | : | CHAPTER  13 |
| | : | CASE NO. 5 - 17 -bk- 03116 JJT |
| **Debtor(s)** | : | |
| Stearns Lending, LLC | : | ADVERSARY NO. __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: |
| Carlton M. Roberts<br>Charles J. DeHart, III | : | Motion for Relief from Automatic Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 43 |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties are working towards a resolution of the Motion for Relief from Automatic Stay via Stipulation.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: June 20, 2018

/s/ Raymond M. Kempinski

Attorney for Movant

Name: Raymond M. Kempinski

Phone Number: 215-790-1010

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.