**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
Carlton M. Roberts

Debtor(s)

Stearns Lending, LLC

Plaintiff(s)/Movant(s)
vs.
Carlton M. Roberts
Charles J. DeHart

Defendant(s)/Respondent(s)

CHAPTER 13

CASE NO. 5-17-bk-03116

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: _____

Pleading: Motion for Relief from Stay

Document #: 43

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[ ] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[✓] The undersigned counsel certifies as follows:

(1)  A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    [✓] Thirty (30) days.
    [ ] Forty-five (45) days.
    [ ] Sixty (60) days.

(2)  If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)  Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 18, 2018

/s/ Raymond M. Kempinski
Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.