IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CARLTON M. ROBERTS | : | |
| Debtors | : | |
| | : | CASE NO. 5:17-bk- 03116 JJT |
| REGIONAL ACCEPTANCE CORP. | : | |
| Movant | : | |
| Vs. | : | |
| CARLTON M. ROBERTS, | : | |
| CHARLES J. DeHART, III | : | |
| Respondents | : | |

## PRAECIPE TO WITHDRAW

**TO THE U.S. BANKRUPTCY COURT CLERK:**

**KINDLY** withdraw the Answer to Motion For Relief from the Automatic Stay filed on behalf of

the Debtors, at docket entry #55 in the within bankruptcy case.

Respectfully submitted,

/s/ Timothy B. Fisher, II
Timothy B. Fisher, II, Esquire
Attorney ID#85800
FISHER & FISHER LAW OFFICES
P.O. Box 396
Gouldsboro, PA 18424
P#(570) 842-2753/F#(570) 842-8979

DATED: 8/28/18