```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                        Case No. 17-03116-JJT
Carlton M Roberts                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1     Date Rcvd: Aug 28, 2018
                Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
       +Layla Roberts,   Non-Filing Co-Debtor,   3120 Fern Road,   Pocono Summit, PA 18346-7712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
        Alexandra Teresa Garcia   on behalf of Creditor   Stearns Lending, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Ann E. Swartz   on behalf of Creditor   Stearns Lending, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Celine P DerKrikorian   on behalf of Creditor   Stearns Lending, LLC ecfmail@mwc-law.com
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Christos A Katsaounis   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
        James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Keri P Ebeck   on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
        Raymond M Kempinski   on behalf of Creditor   Stearns Lending, LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Timothy B. Fisher, II   on behalf of Debtor 1 Carlton M Roberts donna.kau@pocono-lawyers.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                     TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CARLTON M. ROBERTS,<br><br>    Debtor,<br><br>REGIONAL ACCEPTANCE CORPORATION,<br><br>    Movant,<br><br>    v.<br><br>CARLTON M. ROBERTS, LAYLA ROBERTS and CHARLES J. DEHART, III, Trustee,<br><br>    Respondents. | Bankruptcy No. 5:17-bk-03116-JJT<br><br>Chapter 13<br><br>Doc. No.   50 |

## ORDER OF COURT

AND NOW, this 28th day of August, 2018, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED,

    a.    Relief from the Automatic Stay and Co-Debtor Stay is granted as to the interest of Regional Acceptance Corporation in the 2017 Jeep Renegade Utility 4D Sport 4WD 2.4L I4 VIN ZACCJBAB3HPE67103.

Dated: August 28, 2018

By the Court,

_/s/ John J. Thomas_
John J. Thomas, Bankruptcy Judge (PR)