United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03116-MJC |
| Carlton M Roberts | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 30, 2021      Form ID: pdf010      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4994833 | + | Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5125375 | + | Stearns Lending, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com |
| Christos A Katsaounis | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy5@state.pa.us RA-occbankruptcy6@state.pa.us |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com |
| Keri P Ebeck | |

| | |
|---|---|
| | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Marisa Myers Cohen | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com |
| Raymond M Kempinski | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Carlton M Roberts donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CARLTON M. ROBERTS | : | |
| Debtors | : | CASE NO. 5:17-bk-03116-MJC |
| | : | |
| CARLTON M. ROBERTS | : | |
| Movant | : | |
| Vs. | : | |
| LAKEVIEW LOAN SERVICING, BY | : | |
| LOANCARE, LLC and MORTGAGE | : | |
| ELECTRONIC | : | |
| | : | |
| JACK N. ZARAPOPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| | : | |
| Respondents | : | |

## ORDER

Upon consideration of the Motion to Approve Loan Modification filed by Debtor, Carlton M. Roberts; it **is**

**HEREBY ORDERED** and **DECREED** that the Motion is GRANTED and the parties may enter into the Loan Modification Agreement dated October 28, 2021 with regard to Debtor's loan # ending in 7367.

Dated: December 30, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)