United States Bankruptcy Court
Middle District of Pennsylvania

In re: Carlton M Roberts, Debtor

Case No. 17-03116-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2
Date Rcvd: Jan 06, 2022    Form ID: nthrgreq    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

**Recip ID**    **Recipient Name and Address**
+    Lauren M. Moyer, McCabe, Weisberg & Conway, LLC, 123 S. Broad Street , Suite 1400, Philadelphia , PA 19109-1060

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2022    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

**Name**    **Email Address**

Alexandra Teresa Garcia
   on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Celine P DerKrikorian
   on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com

Christos A Katsaounis
   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy5@state.pa.us RA-occbankruptcy6@state.pa.us

Jack N Zaharopoulos (Trustee)
   TWecf@pamd13trustee.com

James Warmbrodt
   on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com

Keri P Ebeck
   on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com

|  |  |
|---|---|
|  | jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Marisa Myers Cohen | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com |
| Raymond M Kempinski | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Carlton M Roberts donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Carlton M Roberts

**Debtor 1**

Chapter: 13

Case number: 5:17−bk−03116−MJC

Document Number: 87

Matter: Objection to Notice of Mortgage Payment Change

CARLTON M. ROBERTS
**Movant(s)**

vs.

STEARNS LENDING, LLC, BY LOANCARE, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
and
JACK N. ZARAPOPOULOS, STANDING CHAPTER 13 TRUSTEE
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on July 28, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 1/25/22** <br> **Time: 09:30 AM** |

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 6, 2022 |

nthrgreq(02/19)