# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
CARLTON M. ROBERTS

**Debtor(s)**
CARLTON M. ROBERTS

**Plaintiff(s)/Movant(s)**
vs.
STEARNS LENDING, LLC, BY LOANCARE, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

JACK N. ZARAPOPOULOS, STANDING CHAPTER 13 TRUSTEE
**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5-17-bk-03116 MJC

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Objection to Notice of Mortgage Payment Change

Document #: 87

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Parties are in process of negotiating a resolution.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 02/09/2022

/s/ Timothy B. Fisher, II

Attorney for Debtor
Name: Timothy B. Fisher, II
Phone Number: (570) 842-2753

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for continuance, then a Motion to Continue must be filed.