IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CARLTON M. ROBERTS | : | |
|               Debtors | : | CASE NO. 5:17-bk-03116 MJC |
| | : | |
| CARLTON M. ROBERTS | : | |
|               Movant | : | |
| Vs. | : | MATTER: Objection to Notice of |
| STEARNS LENDING, LLC, BY | : | Mortgage Payment Change |
| LOANCARE, LLC and MORTGAGE | : | |
| ELECTRONIC REGISTRATION | : | |
| SYSTEMS, INC. | : | |
| | : | |
| JACK N. ZARAPOPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| | : | |
|               Respondents | : | |

ORDER

Upon consideration of the Motion of the Debtor to Continue the Hearing scheduled for March 3, 2022 at 9:30;

IT IS hereby ORDERED that the Motion to Continue the Hearing is GRANTED.