In re **Carlton M Roberts**

Debtor(s)

Case No. 5:17-bk-03116

Chapter 13

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, a copy of **Motion to Approve Loan Modification, Notice of Motion, proposed Order and Exhibit "A" (Loan Modification Agreement)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax: 570-842-8979**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:17-bk-03116-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Thu Mar  3 09:55:03 EST 2022 | BMW Bank of North America Department<br>P.O. Box 165028<br>Irving, TX 75016-5028 | ADT Security Services Inc<br>1 Town Center Rd.<br>Boca Raton, FL 33486-1039 |
| Allied Interstate<br>PO Box 361445<br>Columbus, OH 43236-1445 | BMW Bank of North America<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801-5014 | Berkheimer Assoc Agt Pocono Mtn SD Tobyhanna<br>c/o David R. Gordon, Esq.<br>1883 Jory Road<br>Pen Argyl, PA 18072-9652 | Berkheimer Tax Admin<br>PO Box 25153<br>Lehigh Valley, PA 18002-5153 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Capital One Auto Finance,<br>a division of Capital One N.A.<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Capital One Auto Finance, a division of Capi<br>Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank USA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank USA NA<br>P.O.Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Marisa Myers Cohen<br>McCabe, Weisberg & Conway<br>123 South Broad Street<br>Suite 2080<br>Philadelphia, PA 19109-1031 | Celine P DerKrikorian<br>McCabe, Weisberg and Conway, P.C.<br>123 South Broad Street, Suite 1400<br>Philadelphia, PA 19109-1060 |
| Dish Network<br>Dept 0063<br>Palatine, IL 60055-0063 | Keri P Ebeck<br>Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Farmers Insurance<br>PO Box 0991<br>Carol Stream, IL 60132-0991 |
| First Premier<br>3820 North Louise Avenue<br>Sioux Falls, SD 57107-0145 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | Alexandra Teresa Garcia<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Christos A Katsaounis<br>Commonwealth of PA, Dept of Revenue<br>Office of Chief Counsel<br>Dept 281061<br>Harrisburg, PA 17128-1061 | Raymond M Kempinski<br>McCabe, Weisberg & Conway<br>123 S. Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| Kohls Department Store<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 | LoanCare, a Division of FNF Servicing, Inc.<br>3637 Sentara Way, Suite 303<br>Virginia Beach, VA 23452-4262 | Loancare Servicing Ctr<br>3637 Sentara Way<br>Suite 303<br>Virginia Beach, VA 23452-4262 |

Exhibit "A"

| | | |
|---|---|---|
| McCabe, Weisberg & Conway<br>123 S. Broad St., Ste 1400<br>Philadelphia, PA 19109-1060 | Midland Credit Management<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 | Midland Funding<br>2365 Northside Dr #300<br>San Diego, CA 92108-2709 |
| Midland Funding, LLC<br>Midland Credit Mgmt., Inc. as agent for<br>Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | PA Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Progressive Insurance<br>PO Box 31260<br>Tampa, FL 33631-3260 | Raymoor and Flanagan<br>PO Box 130<br>Liverpool, NY 13088-0130 | Regional Acceptance Corp<br>266 Beacon Drive<br>Winterville, NC 28590-7924 |
| Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Carlton M Roberts<br>3120 Fern Road<br>Pocono Summit, PA 18346-7712 | STILLWATER ESTATES PROPERTY OWNERS ASSOCIATI<br>c/o Young & Haros, LLC<br>802 Main St.<br>Stroudsburg, PA 18360-1602 |
| SYNCB/Lowes<br>P.O Box 965005<br>Orlando, FL 32896-5005 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Stearns Lending, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 |
| Stearns Lending, LLC<br>LoanCare, LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Sterns Lending, LLC<br>P.O. Box 37628<br>Philadelphia, PA 19101-0628 | Stillwater Estates Home Owners<br>382 Stillwater Drive<br>Pocono Summit, PA 18346-7765 |
| Syncb/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>P.O. Box 105972<br>Atlanta, GA 30348-5972 | Transworld Systems Inc.<br>802 E Martintown Rd.<br>Ste 201<br>North Augusta, SC 29841-5352 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon Wireless<br>P.O. Box 4846<br>Trenton, NJ 08650-4846 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | | |