United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-03116-MJC |
| Carlton M Roberts | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 16, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlton M Roberts, 3120 Fern Road, Pocono Summit, PA 18346-7712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com |
| Christos A Katsaounis | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy5@state.pa.us RA-occbankruptcy6@state.pa.us |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com |

jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Marisa Myers Cohen

on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com

Raymond M Kempinski

on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Timothy B. Fisher, II

on behalf of Debtor 1 Carlton M Roberts donna.kau@pocono-lawyers.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:
CARLTON ROBERTS, Debtor

CHAPTER 13

CASE NO. 5:17-bk-03116-MJC

## ORDER APPROVING MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed on February 3, 2022, Dkt. # 95, and the Debtor having certified that Notice was sent to all creditors and parties in interest entitled to receive notice, it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtor's Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 15, 2022