United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 17-03116-MJC

Carlton M Roberts                                                         Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                          Page 1 of 2

Date Rcvd: Aug 29, 2022                       Form ID: pdf010                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| #+ | Rockland Coaches Inc., 180 Old Hook Road, Westwood NJ 07675-3124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com |
| Celine P DerKrikorian | on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com |
| Christos A Katsaounis | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy5@state.pa.us  RA-occbankruptcy6@state.pa.us |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

James Warmbrodt

on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com

Keri P Ebeck

on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com
jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Marisa Myers Cohen

on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com

Raymond M Kempinski

on behalf of Creditor Stearns Lending  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Timothy B. Fisher, II

on behalf of Debtor 1 Carlton M Roberts donna.kau@pocono-lawyers.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| **CARLTON ROBERTS** | : | |
| Debtor | : | **CASE NO. 5:17-bk-03116 MJC** |

## ORDER

Upon consideration of the Debtor's Motion for Termination of Wage Attachment, Dkt. # 112 ("Motion"), it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** and the Wage Attachment entered pursuant to Order dated January 3, 2019 is hereby terminated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 26, 2022