United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-03116-MJC
Carlton M Roberts  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Oct 07, 2022     Form ID: 3180W     Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlton M Roberts, 3120 Fern Road, Pocono Summit, PA 18346-7712 |
| 4950925 | + | ADT Security Services Inc, 1 Town Center Rd., Boca Raton, FL 33486-1039 |
| 4955277 | + | Berkheimer Assoc Agt Pocono Mtn SD Tobyhanna Twp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 4950928 | + | Berkheimer Tax Admin, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 4950933 | | Dish Network, Dept 0063, Palatine, IL 60055-0063 |
| 4950934 | + | Farmers Insurance, PO Box 0991, Carol Stream, IL 60132-0991 |
| 5485274 | + | Guaranteed Rate, Inc, 1 Corporate Drive, #360, Lake Zurich, Illinois 60047-8945 |
| 5485275 | + | Guaranteed Rate, Inc, 1 Corporate Drive, #360, Lake Zurich, Illinois 60047, Guaranteed Rate, Inc, 1 Corporate Drive, #360 Lake Zurich, Illinois 60047-8945 |
| 4978201 | + | LoanCare, a Division of FNF Servicing, Inc. N.K.A., 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 4950939 | + | McCabe, Weisberg & Conway, 123 S. Broad St., Ste 1400, Philadelphia, PA 19109-1060 |
| 4967307 | + | STILLWATER ESTATES PROPERTY OWNERS ASSOCIATION, c/o Young & Haros, LLC, 802 Main St., Stroudsburg, PA 18360-1602 |
| 4994833 | + | Stearns Lending, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5125375 | + | Stearns Lending, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 4950947 | | Sterns Lending, LLC, P.O. Box 37628, Philadelphia, PA 19101-0628 |
| 4950948 | + | Stillwater Estates Home Owners, 382 Stillwater Drive, Pocono Summit, PA 18346-7765 |
| 4950952 | + | Transworld Systems Inc., 802 E Martintown Rd., Ste 201, North Augusta, SC 29841-5352 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 07 2022 22:38:00 | BMW Bank of North America Department, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | EDI: AISACG.COM | Oct 07 2022 22:38:00 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 4954379 | + | EDI: AISACG.COM | Oct 07 2022 22:38:00 | BMW Bank of North America, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 4956176 | | EDI: BMW.COM | Oct 07 2022 22:38:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 4950929 | | EDI: BMW.COM | Oct 07 2022 22:38:00 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 4950927 | + | EDI: TSYS2 | Oct 07 2022 22:38:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 4952607 | + | EDI: AISACG.COM | Oct 07 2022 22:38:00 | Capital One Auto Finance,, a division of Capital One N.A., P.O. Box 165028, Irving, TX 75016-5028 |
| 4961972 | | EDI: CAPITALONE.COM | | |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 4950930 | + | EDI: CAPITALONE.COM | Oct 07 2022 22:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4950931 | + | EDI: CAPITALONE.COM | Oct 07 2022 22:38:00 | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 4990473 | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2022 22:38:00 | Capital One Bank USA NA, P.O.Box 30281, Salt Lake City, UT 84130-0281 |
| | | | Oct 07 2022 18:49:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4950933 | | EDI: DISH | Oct 07 2022 22:38:00 | Dish Network, Dept 0063, Palatine, IL 60055-0063 |
| 4950935 | + | EDI: AMINFOFP.COM | Oct 07 2022 22:38:00 | First Premier, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 4950936 | | EDI: JEFFERSONCAP.COM | Oct 07 2022 22:38:00 | Jefferson Capital Systems, 16 McCleland Road, Saint Cloud, MN 56303 |
| 4994388 | | EDI: JPMORGANCHASE | Oct 07 2022 22:38:00 | CHASE AUTO FINANCE CORP., PO BOX 29505 AZ1-1191, Phoenix, AZ 85038 |
| 4950932 | | EDI: JPMORGANCHASE | Oct 07 2022 22:38:00 | Chase Auto Finance, P.O. Box 901003, Fort Worth, TX 76101 |
| 4950937 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 07 2022 18:41:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 4950938 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 07 2022 18:41:00 | Loancare Servicing Ctr, 3637 Sentara Way, Suite 303, Virginia Beach, VA 23452-4262 |
| 4950940 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 18:41:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 4950941 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 18:41:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 4990012 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 18:41:00 | Midland Funding, LLC, Midland Credit Mgmt., Inc. as agent for, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4950942 | | EDI: PENNDEPTREV | Oct 07 2022 22:38:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 4950942 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2022 18:41:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 4950943 | | EDI: PRA.COM | Oct 07 2022 22:38:00 | Portfolio Recovery Assoc., 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 4975587 | | EDI: PRA.COM | Oct 07 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4951180 | + | EDI: RECOVERYCORP.COM | Oct 07 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4977801 | + | EDI: JEFFERSONCAP.COM | Oct 07 2022 22:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4950944 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 07 2022 18:41:00 | Progressive Insurance, PO Box 31260, Tampa, FL 33631-3260 |
| 4950945 | ^ | MEBN | Oct 07 2022 18:39:03 | Raymoor and Flanagan, PO Box 130, Liverpool, NY 13088-0130 |
| 4950946 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 07 2022 18:49:46 | Regional Acceptance Corp, 266 Beacon Drive, Winterville, NC 28590-7924 |
| 4955489 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 07 2022 18:49:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 4968431 | | EDI: AISSPRINT | Oct 07 2022 22:38:00 | Sprint Corp, Attention Bankruptcy, PO Box 7949, |

| Recip ID | Bypass | Notice Sent | Recipient |
| --- | --- | --- | --- |
| | | | Overland Park, KS 66207-0949 |
| 4950949 | + EDI: RMSC.COM | Oct 07 2022 22:38:00 | SYNCB/Lowes, P.O Box 965005, Orlando, FL 32896-5005 |
| 4950950 | + EDI: RMSC.COM | Oct 07 2022 22:38:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 4950951 | + EDI: RMSC.COM | Oct 07 2022 22:38:00 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 4950953 | EDI: VERIZONCOMB.COM | Oct 07 2022 22:38:00 | Verizon Wireless, P.O. Box 4846, Trenton, NJ 08650-4846 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4950926 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 09, 2022 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Alexandra Teresa Garcia | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com |
| Celine P DerKrikorian | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com |
| Christos A Katsaounis | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy5@state.pa.us RA-occbankruptcy6@state.pa.us |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |

| | |
|---|---|
| Marisa Myers Cohen | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com |
| Raymond M Kempinski | on behalf of Creditor Stearns Lending LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Carlton M Roberts donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Carlton M Roberts**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2160<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17-bk-03116-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carlton M Roberts

10/7/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**